September 16, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

DOV AVNI KAMINETZKY AKA DOV K. AVNI, Appellant

NO. 14-14-00450-CV                    V.

DOSOHS I, LTD, Appellee

_____

Today the Court heard appellee's motion to dismiss the appeal from the judgment signed by the court below on March 7, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Dov Avni Kaminetzky aka Dov K. Avni.

We further order this decision certified below for observance.